NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**KORY TERISA KARINGTEN, FKA SARAFINA A. CROFT,**
*Petitioner*

**v.**

**DEPARTMENT OF VETERANS AFFAIRS,**
*Respondent*

---

2024-1080

---

Petition for review of the Merit Systems Protection Board in No. AT-0752-17-0703-I-2.

---

**JUDGMENT**

---

ALLEN ARTHUR SHOIKHETBROD, Tully Rinckey, PLLC, Latham, NY, argued for petitioner. Also represented by AMANDA LYNN EILEEN SMITH, Buffalo, NY.

ANNA BONDURANT ELEY, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent. Also represented by REGINALD THOMAS BLADES, JR., PATRICIA M. MCCARTHY, KRISTIN ELAINE OLSON, BRETT SHUMATE.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, CUNNINGHAM, *Circuit Judges,* and ANDREWS, *District Judge)[1].*

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

September 9, 2025
Date

Jarrett B. Perlow
Clerk of Court

---

[1]    Honorable Richard G. Andrews, District Judge, United States District Court for the District of Delaware, sitting by designation.